UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MICHAEL TROFATTER #141756,

      Plaintiff,

v

PATRICIA CARUSO, *et al.*,

      Defendants.

NO. 1:08-cv-1018

HON. ROBERT J. JONKER

MAG. HUGH W. BRENNEMAN, JR.

---

Michael Trofatter #141756
*In Pro Per*
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI   49201
Julia R. Bell (P35367)
Attorney for MDOC Defendants
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-7021

CHAPMAN AND ASSOCIATES, PC
Ronald W. Chapman (P37603)
Kimberley A. Koester (P48967)
Attorneys for Defendants PA Lanore,
  Drs. Hutchinson and Kim
40950 North Woodward, Suite 120
Bloomfield Hills, Mi  48304
(248) 644-6326

---

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON QUALIFIED IMMUNITY AND ELEVENTH AMENDMENT IMMUNITY

Defendants Patricia Caruso, Richard Russell, Julie Van Setters, Shirlee A. Harry, Helen Thompson, Michael Whalen, Mary Berghuis and Samuel Teed, through the undersigned attorney and pursuant to FR Civ P 56(b), moves for entry of a summary judgment based on the basis that Plaintiff's claims are barred by immunity, as more fully set forth in the accompanying brief.

Because Plaintiff is not represented by counsel, concurrence in the relief sought was not requested.

Respectfully submitted,

1

Michael A. Cox
Attorney General

s/ Julia R. Bell
JULIA R. BELL (P35367)
Assistant Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
Email:  belljr@michigan.gov
(517) 335-7021

Date:    March 20, 2009        [P35367]
Bell\2009 FED\20090000337A Trofatter\Mot for Summary Judgment