UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL TROFATTER,

    Plaintiff,

CASE NO. 1:08-CV-1018

v.

HON. ROBERT J. JONKER

PATRICIA CARUSO, *et al.*,

    Defendants.

_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 27, 2011 (docket # 148). The Report and Recommendation was duly served on the parties on June 28, 2011. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed on June 27, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Ormes and Murphy's Motion for Summary Judgment (docket # 120) is **GRANTED**, and Defendants Ormes and Murphy are **DISMISSED** from this lawsuit.

Dated:    September 2, 2011      /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE